IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-02739-REB-BNB

RND DEVELOPMENT, INC., a Nevada Corporation,

    Plaintiff,

v.

OGOSPORT, LLC, a New York Limited Liability Company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Stipulation To Dismiss With Prejudice** [#21] filed May 6, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation To Dismiss With Prejudice** [#21] filed May 6, 2010, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 7, 2010, at Denver, Colorado.

                              BY THE COURT:

                              */s/ Bob Blackburn*
                              Robert E. Blackburn
                              United States District Judge